UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**GAMALIEL ONTIVERA SALAS,**
**#56805-177,**

    **Petitioner,**

v.                               ACTION NO. 2:25cv313

**WARDEN, FCI PETERSBURG,**

    **Respondent.**

## FINAL ORDER

This matter was initiated by petition for a writ of habeas corpus under 28 U.S.C. § 2241 submitted by pro se Petitioner Gamaliel Ontivera Salas ("Petitioner"). Petitioner seeks an Order requiring his immediate release to a Residential Reentry Center, also known as a halfway house, or home confinement as a result of credits earned towards early release under the First Step Act.

The matter was referred to a United States Magistrate Judge for report and recommendation pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Local Civil Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia. The Magistrate Judge's Report and Recommendation filed January 12, 2026, recommends granting Respondent's Motion to Dismiss and dismissing the petition without prejudice for failing to exhaust administrative remedies. The Report and Recommendation

1

advised each party of his right to object and the time limit for doing so. The court has received no objections, and the time for filing objections has now expired.

Accordingly, the court does hereby accept the findings and recommendations set forth in the Report and Recommendation filed January 12, 2026, and it is therefore **ORDERED** that Respondent's Motion to Dismiss (ECF No. 7) be **GRANTED,** and that Salas' petition be **DENIED** and **DISMISSED WITHOUT PREJUDICE** for failure to exhaust.

**If Petitioner intends to appeal this Final Order, he must within sixty (60) days from the date of this Order file a written notice of appeal with the Clerk of the United States District Court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510.** <u>**Frayer v. Warden, FCI Beckley**</u>**, No. 23-6054, 2023 WL 3268719, at \*1 (4th Cir. May 5, 2023) ("When the United States or its officer or agency is a party in a civil case, the notice of appeal must be filed no more than 60 days after the entry of the district court's final judgment or order.").**

The Clerk shall mail a copy of this Final Order to Petitioner and provide an electronic copy to counsel of record for Respondent.

                                            /s/
                              Rebecca Beach Smith
                              Senior United States District Judge

                              REBECCA BEACH SMITH
                   SENIOR UNITED STATES DISTRICT JUDGE

February 10, 2026